# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* *https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** 26-1261

**Case Name** Sierra Club, et al. v. United States Department of Energy, et al.

**Counsel submitting this form** Ted Kelly

**Represented party/parties** Environmental Defense Fund

*Briefly describe the dispute that gave rise to this lawsuit.*

This dispute arises from the United States Department of Energy and Secretary Chris Wright's (collectively, "DOE") Order No. 202-25-11 and Order No. 202-25-11A. In Order No. 202-25-11, DOE states that an emergency exists and issues directives that prevent the retirement of the Centralia Unit 2 coal-burning power plant. In Order No.202-25-11A, DOE notices its denial by operation of law of the petitioners' request for rehearing.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

DOE denied petitioners' rehearing request by operation of law. The main issues in this petition for review are:

1. Whether the Orders violate or exceed DOE's authority under 16 U.S.C. § 824a(c)(1), because the emergency the Orders claim does not qualify as an emergency within the meaning of the statutory provision.
2. Whether the Orders fail to demonstrate the required emergency under 16 U.S.C. § 824a(c)(1), because the emergency determination is arbitrary and capricious, is unsupported by substantial evidence, or is otherwise unlawful.
3. Whether the Orders' determination that Centralia Unit 2's availability best meets the emergency and serves the public interest is arbitrary and capricious, is unsupported by substantial evidence, or is otherwise unlawful.
4. Whether the Orders violate or exceed the Secretary's authority under 16 U.S.C. § 824a(c)(2), are arbitrary and capricious, or are otherwise unlawful because the Orders fail to satisfy the obligations of that statutory provision.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

The prerequisites for judicial review of this petition have been met. On January 14, 2026, petitioners timely moved to intervene and sought rehearing of Order No. 202-25-11. Petitioners' rehearing request was denied by operation of law as noticed in Order No. 202-25-11A. In Order No. 202-25-11A, DOE indicates that "the requests for rehearing of the above-cited order may be addressed in a future order." Under section 313(b) of the Federal Power Act, 16 U.S.C. § 825l(b), the court has jurisdiction upon the filing of the petition, "which upon the filing of the record with it shall be exclusive."

In Case Number 26-1252, the Washington Attorney General petitioned this Court for review of Order No. 202-25-11 and any amendments or modifications thereto.

**Signature** s/ Ted Kelly    **Date** March 6, 2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**  *Rev. 09/01/22*

2